Submitted on record and briefs September 3, motion to strike brief denied; affirmed October 27, 1999

## SEQUOIA PARK CONDOMINIUM UNIT OWNERS' ASSOCIATION,
*Petitioner Below,*

*v.*

## CITY OF BEAVERTON,
*Respondent Below,*

*and*

## MILLER SANITARY SERVICE
and Citistics, Inc.,
*Intervenors Below.*

Henry KANE,
*Petitioner,*

*v.*

## CITY OF BEAVERTON,
Miller Sanitary Service,
and Citistics, Inc.,
*Respondents.*

(LUBA No. 98-055; CA A107138)

988 P2d 422

Henry Kane filed the brief *pro se* for petitioner.

Mark Pilliod, City Attorney, and Edward J. Sullivan filed the brief for respondents.

Before Armstrong, Presiding Judge, and Deits, Chief Judge, and Kistler, Judge.

PER CURIAM

Motion to strike brief denied; affirmed.